

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00441-CV

Nasser **NAKISSA**, as Trustee of the Nasser Nakissa Family Trust,
Appellant

v.

Maxine Elizabeth Schuritz **KORUS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI07505
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

      The court reporter has filed a notice stating appellant has not paid or made arrangements to pay for the preparation of the reporter's record. We order appellant Nasser Nakissa to provide written proof to this court by **August 29, 2016** that either (1) the reporter's fee has been paid or arrangements satisfactory to the clerk have been made to pay the reporter's fee; or (2) appellant is entitled to the reporter's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, appellant's brief will be due **September 19, 2016**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court